# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES JONES,** | 1:13-cv-00918 JLT (HC) |
| Petitioner, | |
| v. | **ORDER GRANTING PETITIONER'S FOURTH MOTION FOR EXTENSION OF TIME (Doc. 17)** |
| **UNKNOWN,** | |
| Respondent. | **ORDER DISREGARDING THIRD MOTION FOR EXTENSION OF TIME (Doc. 14)** |
| | **ORDER DISREGARDING MOTION CORRECTING ACCESS TO LEGAL WORK (Doc. 15)** |

**Petitioner is** a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 26, 2013, the Court issued an Order to Show Cause why the petition should not be dismissed as untimely, and provided Petitioner with thirty days within which to file a response. (Doc. 4). Petitioner has repeatedly requested and been granted, extensions of time. On October 24, 2013, Petitioner filed his third request for additional time; however, for reasons unclear at this juncture, the motion was never ruled upon. (Doc. 14). On November 18, 2013, Petitioner filed a motion "correcting access to legal work," (Doc. 15), wherein Petitioner further explains the difficulties he has been experiencing vis-à-vis obtaining his personal legal files.

On December 10, 2013, Petitioner filed a fourth motion to extend time to file his response to the Order to Show Cause. (Doc. 17). That same date, Petitioner also filed his response to the Order to Show Cause. (Doc. 16). Because Petitioner has finally filed his response, the Court will

disregard both the third request for an extension of time and Petitioner's motion correcting access to legal work as being moot, and grant the fourth request for additional time up to and including December 10, 2013.

## ORDER

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED as follows:

1. Petitioner's third motion for extension of time (Doc. 14), is DISREGARDED;
2. Petitioner's fourth motion for extension of time (Doc. 17), is GRANTED up to and including December 10, 2013; and,
3. Petitioner's motion correcting access to legal work (Doc. 15), is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   **December 11, 2013**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2